US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

APR 3 0 2025

Ronald E. Dowling
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas
### Fayetteville Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 5:25 mJ-5012-001 |
| PAUL SCOUTEN | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 10, 2025, in the county of Washington, in the Western District of Arkansas, the Defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts: See attached Affidavit.

■ Continued on the attached sheet.

_____
*Complainant's Signature*

William DeVito, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence.

Date: April 30, 2025

_____
*Judge's signature*

City and State: Fayetteville, Arkansas

Christy Comstock, United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, William DeVito, being duly sworn, depose and state as follows:

1.      I am a Special Agent with Homeland Security Investigations ("HSI"), currently assigned to the Resident Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since July, 2011. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, several which involved child exploitation and/or child pornography offenses. This Affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2.      This Affidavit is intended to set forth probable cause for a one-count criminal complaint to be authorized and a warrant to be issued for the arrest of **Paul SCOUTEN**, a resident of Fayetteville, Arkansas.

3.      Based on the facts set forth in this Affidavit in support of the Complaint, your Affiant has probable cause to believe that, as of the date of the filing of document, beginning around August 2024 and continuing through April 2025, in the Western District of Arkansas, Fayetteville division, **SCOUTEN** violated Title 18 United States Code, Section 2252A(a)(5)(B) (Possession of Child Pornography).

4.    I have set forth only those facts which I believe are necessary to establish probable cause.

## PROBABLE CAUSE

5.    On August 15, 2024, the National Center for Missing and Exploited Children (NCMEC) received CyberTipline Report 197737216 regarding Child Sexual Abuse Material (CSAM). The online application Google flagged ninety-two (92) images of CSAM uploaded to their platform which occurred on August 13, 2024.

**Suspect Information from Google:**

Name: Pencil Man

Date of Birth: 08/06/1985

Email Address: pencilman596@gmail.com 5

IP Address: 167.224.193.68

**Flagged CSAM File Samples:** There were eighteen (18) verified images of CSAM on this report. There were seventy-three (73) Generative Artificial Intelligence (GAI) images of CSAM.

### Image 1

Filename: 78286b199e015f2d6b09e0295ecd6ae74634e8982a71e2fcc0dcca1ddfa7c8f6.mp4

MD5: e8de069760341dc27c4fbbf13b67a358

Original Filename Associated with File: 4634e8982a71e2fcc0dcca1ddfa7c8f6.mp4

IP Address 69.162.73.7 Upload 08-13-2024 18:45:17 UTC

Description: This is a one minute and fifty-five second (1:55) video. A juvenile girl (7 to 10 years old) is laying in a bed with an adult male. The girl is wearing green panties, and her breasts are exposed. The male is completely nude. The girl is masturbating the male's

penis with her hand. He is touching her on her buttocks with his hand. She then performs oral sex on the male. There is a logo on the screen that reads "contact me: bea7ke.in". This logo was also found on several other images.

### Image 2

Filename: c3338f8db5b09cc0f818606f4bd36b55da181c05f30fa6da3612fdb6e756fc4d.mp4

MD5: 1991aba0faa053da22b883f611c28e9b

Original Filename Associated with File: da181c05f30fa6da3612fdb6e756fc4d.mp4

IP Address 69.162.73.7 Upload 08-13-2024 18:45:28 UTC

Description: This is a thirty-two (0:32) video. There is a juvenile boy (10-14 years old). He is performing oral sex on an adult male. There is a logo on the screen that reads "contact me: bea7ke.in". This logo was also found on several other images.

### Image 3

Filename: 7cf5570f106284c497de3660e99cced1-e601938e3ac4c216b21754f2b523045a.mp4

MD5: 3e302c777eaa659ece38b454cadb8ed9

Original Filename Associated with File: e601938e3ac4c216b21754f2b523045a.mp4

IP Address 69.162.73.7 Upload 08-13-2024 18:45:30 UTC

This is a one minute and forty-six second video. A juvenile girl (age 7-10 years old) is laying on her back and is nude from the waist down. Her legs are held by her head as an adult male is performing anal sex with her. She appears to be drugged as her eyes are closed and she wasn't very responsive.

6. On August 16, 2024, the National Center for Missing and Exploited Children (NCMEC) received CyberTipline Report 197781038 regarding Child Sexual Abuse Material

(CSAM). The online application Google flagged four (4) images of GAI CSAM uploaded to their platform which occurred on August 13, 2024. The images depict juvenile girls (age 3-6 years old).

**Suspect Information from Google:**

Name: Pencil Man

Date of Birth: 08/06/1985

Email Address: pencilman596@gmail.com

IP Address: 167.224.193.68

7. On August 19, 2024, the National Center for Missing and Exploited Children (NCMEC) received CyberTipline Report 197888326 regarding Child Sexual Abuse Material (CSAM). The online application Google flagged one (1) image of GAI CSAM uploaded to their platform which occurred on August 13, 2024. The images depict pre-pubescent females (age 4-7 years old).

**Suspect Information from Google:**

Name: Pencil Man

Date of Birth: 08/06/1985

Email Address: pencilman596@gmail.com

IP Address: 167.224.193.68 8

8. On November 9, 2024, Arkansas State Police (ASP) Criminal Investigations Division (CID) Internet Crimes Against Children (ICAC) unit Sergeant (Sgt.) Corwin Battle delivered an administrative subpoena to Ozarks Go regarding IP Address 167.224.193.68.

Ozarks Go responded with the following information:

Business Name: St Joseph's Church

Customer Name: Paul Scouten

Address: 234 Henri De Tonti E, Tontitown, AR 72770

Phone: (479) 361-2612

Email: stjoetontitown1@att.net

Additional Contact: Paul Scouten

Social Security Number: 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

9.    A search of Arkansas Driver records revealed the following:

Name: Paul Alan Scouten

Date of Birth: 08/06/1985 (matches date of birth given by Google)

Driver's License Number: 921608076

Address: 1509 E Cortland St, Fayetteville, AR 72703

10.    In April 2025, the HSI Fayetteville, Arkansas Internet Crimes Against Children (ICAC) Task Force received a request for assistance from the Arkansas State Police (ASP) in reference to the execution of a search warrant relating to the ongoing investigation. On April 10, 2025, search warrants were executed at both SCOUTEN's residence located at 1509 E Cortland St, Fayetteville, AR 72703 and his place of work located at St. Joseph's Church, 234 Henri De Tonti E, Tontitown, AR 72770 based on the above facts. Five (5) pieces of evidence were seized from the residence and one (1) piece of evidence was seized from his workplace. Five (5) of these items were transferred to HSI for forensic analysis.

11.    SCOUTEN's cell phone, a black and pink Motorola cell phone, was seized from his possession during the execution of the search warrant at his residence. An on-scene search of SCOUNTEN's cell phone revealed child pornography and he was then placed under arrest for violation of Arkansas State law related to the Distribution/Possession/Viewing of Child Pornography. The CSAM image viewed on scene was described as a five (5) to eight (8) year old

minor female with her vagina exposed. The Motorola cell phone was manufactured outside the state of Arkansas and therefore traveled in interstate commerce.

William DeVito, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this ___30th___ day of ___April___ 2025

Honorable Christy Comstock
United States Magistrate Judge